UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Said Armutcuoglu,

        Plaintiff,

—v—

Ian Lev et al.,

        Defendants.

---

17-cv-627 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    An post-discovery conference in the above-captioned action is scheduled for August 17, 2018. Dkt. No. 67. The parties were instructed to submit via ECF a joint letter no later than seven days before the conference, or August 10, 2018. Dkt. No. 67. The Court has not yet received the required document. The parties are therefore ordered to submit their joint letter no later than 5:00 p.m. on Wednesday, August 15, 2018.

    SO ORDERED.

Dated: August 13, 2018
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1